### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **MELVIN RAY,** *et al.*, ) <br> ) <br> **Plaintiffs** ) <br> ) <br> **v.** ) <br> ) <br> **COMMISSIONER JOHN HAMM,** *et al.*, ) <br> *in their individual and official* ) <br> *capacities*, ) <br> ) <br> **Defendants.** ) | Case No.: 2:26-cv-00086-BL-JTA |

### DECLARATION OF RICARDO "RAOUL" POOLE

1. At approximately 7:30 or 8:00 a.m. on January 14, 2025, I was in Dorm G-2, my assigned dorm, at Bullock Correctional Facility. I was told by a guard to pack my property and that I would be taken to get a body chart and to the back gate. I know from my experience over years of being incarcerated that meant I was going to be transferred to a different facility.

2. I had already packed all my things and was waiting to be taken to get a body chart when a cell phone was discovered in G-2.

3. I was served with a disciplinary report before I left Bullock.

4. I arrived at Kilby Correctional Facility on January 14, 2025. I was taken to L-Block, and I have been incarcerated there since under the conditions described in the Complaint in this case (Doc. 1) and my Declaration (Doc. 9-5).

5. On January 27, 2026, after almost two weeks in L-Block, I was served with two disciplinaries. *See* Ex. A (BCF-26-00092-1, charging Unauthorized Participation in Social Networking), Ex. B (BCF-26-00092-2, charging Threat).

1

6. Both of the disciplinaries I was served with on January 27, 2026, are based on a video that was made nearly six years ago at Donaldson Correctional Facility. The video has been circulating on the internet for more than five years.

7. One disciplinary charged me with participating in social networking on January 21, 2026, at Bullock Correctional Facility. *See* Ex. A. The other disciplinary charged me with making a threat based on the statements in the six-year-old video. *See* Ex. B.

8. On January 21, 2026, I was incarcerated in L-Block at Kilby Correctional Facility. I was constantly supervised by at least two officers; I had no contact with *any* non-ADOC personnel except my attorneys; my person and property were searched frequently; and I was allowed to have almost no property. Given these circumstances, there is no way that, on January 21, 2026, I could have participated in social networking at Bullock Correctional Facility by posting a six-year-old video.

9. On February 3, 2026, a hearing was held on both of these disciplinaries. During the hearing, I told the hearing officer all of the information in Paragraphs 6–8 above. *See* Ex. C (statement and questions from disciplinary hearing). I called three witnesses at my hearing: Robert Earl Council, Melvin Ray, and Derrol Shaw. *See id.* Each witness gave testimony that confirmed the age of the video. *See id.* Council and Ray also testified that they were familiar with the video and had first seen it at least five years ago. *See id.* at 3.

10. During the hearing, the hearing officer did numerous things which made clear that she was not impartial and intended to find me guilty of the disciplinaries no matter what.

11. First, when the hearing officer asked Warden Norman to describe what happened that led to her writing these two disciplinaries, Warden Norman stumbled over her words and did

not know what to say. Instead of listening to Warden Norman's testimony, the hearing officer immediately interrupted, saying, "Do you want me to refer to Line 4?"

12. Second, during the hearing, Warden Norman stated that she had received an email with the video in it. The hearing officer said she had received the same email. The hearing officer did not record either of these statements on the disciplinary report. *See* Exs. A, B.

13. Finally, at the end of the hearing, the hearing officer told me she was going to find me guilty of both disciplinaries, and I said to her, "You know that video is six years old. How can you take my opinion from six years ago and apply it to today?" She responded, "Hey man, this is one time you gotta take the lick."

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

## DECLARATION

I, Ricardo Poole, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have personal knowledge of the factual allegations in the foregoing declaration, and those allegations are true and correct.

I am above the age of 18, of sound mind, and competent to make this declaration.

*Ricardo Poole*
Ricardo Poole

Date: February 18, 2026

4

00171985

L4

DISC004

## Alabama Department of Corrections
## DISCIPLINARY REPORT
### 403A Warden Decision

**Incident Report Number:** BCF-26-00092

1. **Inmate:** POOLE, RICARDO  **Custody:** MEDIUM  **AIS:** 00171985
2. **Institution:** KILBY RCC  **Disc #:** BCF-26-00092-1
3. **The above inmate is being charged by:** Norman, Teresa

   **with a violation of the following Rule(s):**
   529 - Unauthorized Participation in Social Networking

   **From Administrative Regulation #403, which occured on or about:**
   Jan 21 2026  2:00PM at Warden Office

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**
   You inmate Ricardo Poole B/171985 was observed on social media encouraging inmates to "stand up some kind of way towards staff and ended the statement by saying fuck it what the fuck these hoes going to do", referring to staff. Therefore this places you in violation of rule 529 Unauthorized Participation in Social Networking.

   01/21/2026
   **Date**

   Norman, Teresa / Warden
   **Arresting Officer Name / Title**

5. I hereby certify that on this 27th day of January, 2026, at (time) 14:47:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   KINCEY, THOMAS W
   **Serving Officer Name / Title**

   See Signed 403A (1-4)
   **Inmate's Signature / AIS Number**

6. **Witnesses desired?**  **NO:** _____  **YES:** See Signed 403A (1-4)
   Inmate's Signature                           Inmate's Signature

7. **If yes, list:**
   COUNCIL, ROBERT EARL / 00181418X
   RAY, MELVIN / 00163343X
   SHAW, DERROL / 00255703X

8. **Hearing Date:** February 3, 2026  **Time:** 08:39:00  **Place:** Housing Unit L
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    SANFORD, KAMBRIEUA N
    **Hearing Officer Name / Title**

11. A finding is made that the inmate is capable of representing himself / herself.

    SANFORD, KAMBRIEUA N
    **Hearing Officer Name / Title**

12. **Plea:** POOLE, RICARDO / 00171985  **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**
    We received information on January 21, 2025, that Inmate Ricardo Poole was participating on social media. Inmate Poole was on video making threats towards staff. Inmate Poole stated, "We need to stand up for this shit some kind of way fuck it, what the fuck these hoes going to do. These hoes aint going to do shit. But what they already planned to do unless we do something about it, it's that motherfucking simple for real. We need to stand up and make these folks do what's right". The video was reposted by Inmate Poole on social media.

14. **Inmate's testimony:**
    See attachment. Inmate Poole statement.

Run Date: 2/3/2026 3:27:02 PM                              EXHIBIT A        Page 1 of 3

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION BCF-26-00092-1**

403A Warden Decision

| | |
|---|---|
| 14a Witness: | COUNCIL, ROBERT EARL / 00181418X |
| Testimony: | See attachment. |
| 14a Witness: | RAY, MELVIN / 00163343X |
| Testimony: | See attachment. |
| 14a Witness: | SHAW, DERROL / 00255703X |
| Testimony: | See attachment. |

**15.** The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

SANFORD, KAMBRIEUA N
Hearing Officer Name / Title

**16.** The following witnesses were not called:

**17.** After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):

The hearing Officer finds that:

On January 21, 2025, Warden Norman received information about Inmate Poole being active on Social Media. Inmate Poole repost a video of him and two other inmates making threaten remarks against ADOC Staff.

**18.** Basis for finding of fact:

Based on the testimony of the Arresting Officer, the Hearing Officer finds Inmate Poole guilty of rule violation #529 Unauthorized Participation in Social Networking.

**19.** Hearing Officer's decision:   [X] Guilty   [ ] Not Guilty   [ ] Recommend for reinitiation

**20.** Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

**Community Based Institutions Only:**

[X] Loss of Canteen privileges for 45 days, as of 03/14/2026      [ ] Draw cut to __ (min $25) for __ days

[X] Loss of Telephone privileges for 45 days, as of 03/14/2026    [ ] Restriction / State Whites for _____ days

[X] Loss of Visiting privileges for 45 days, as of 07/27/2026     [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft                                       [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[X] Disciplinary Seg for 30 days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

SANFORD, KAMBRIEUA N
Hearing Officer Name / Title

**21.** Warden's Action - Date:   02/03/2026

Approved    Fitzgerald Clemons

Disapproved  _____

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION BCF-26-00092-1**
403A Warden Decision

Other (specify) _____

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _____ day of _____, 20_____ at (time) _____ ( am / pm ).

23. _____                    _____
    Serving Officer Name / Title                                              Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division
       Copy to:   I & I (If Federal or State law violated)
                  Inmate Institutional File
                  Board of Pardons and Parole
                  Sentencing Judge (if applicable)

00171985

L4

Alabama Department of Corrections

DISC004

**DISCIPLINARY REPORT**
403A Warden Decision

**Incident Report Number:** BCF-26-00092

1. **Inmate:** POOLE, RICARDO      **Custody:** MEDIUM      **AIS:** 00171985
2. **Institution:** KILBY RCC      **Disc #:** BCF-26-00092-2
3. **The above inmate is being charged by:** Norman, Teresa

   **with a violation of the following Rule(s):**
   922 - Threat

   **From Administrative Regulation #403, which occured on or about:**
   Jan 21 2026  2:00PM at Warden Office

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**
   You inmate Ricardo Poole B/171985 was observed on social media using threatening verbiage towards staff in the video saying "We need to stand up for this shit some kind of way fuck it, what the fuck these hoes going to do. These hoes aint going to do shit. But what they already planned to do unless we do something about it, it's that motherfucking simple for real. We need to stand up and make these folks do what's right". Therefore this places you in violation of rule 922 Threat.

   | 01/21/2026 | Norman, Teresa / Warden |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 27th day of January, 2026, at (time) 14:46:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | KINCEY, THOMAS W | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** _____   **YES:** See Signed 403A (1-4)
   Inmate's Signature / Inmate's Signature

7. **If yes, list:**   COUNCIL, ROBERT EARL / 00181418X
   RAY, MELVIN / 00163343X
   SHAW, DERROL / 00255703X

8. **Hearing Date:** February 3, 2026   **Time:** 08:34:00   **Place:** Housing Unit L
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    SANFORD, KAMBRIEUA N
    Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

    SANFORD, KAMBRIEUA N
    Hearing Officer Name / Title

12. **Plea:**   POOLE, RICARDO / 00171985   **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**
    We received information on January 21, 2025, that Inmate Ricardo Poole was participating on social media. Inmate Poole was on video making threats towards staff. Inmate Poole stated, "We need to stand up for this shit some kind of way fuck it, what the fuck these hoes going to do. These hoes aint going to do shit. But what they already planned to do unless we do something about it, it's that motherfucking simple for real. We need to stand up and make these folks do what's right". The video was reposted by Inmate Poole on social media.

14. **Inmate's testimony:**

Alabama Department of Corrections

**DISCIPLINARY REPORT CONTINUATION BCF-26-00092-2**

403A Warden Decision

See attachment. Inmate Poole statement.

| | |
|---|---|
| **14a Witness:** | COUNCIL, ROBERT EARL / 00181418X |
| **Testimony:** | See Attachment. |
| **14a Witness:** | RAY, MELVIN / 00163343X |
| **Testimony:** | See Attachment. |
| **14a Witness:** | SHAW, DERROL / 00255703X |
| **Testimony:** | See Attachment. |

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

SANFORD, KAMBRIEUA N
Hearing Officer Name / Title

16. The following witnesses were not called:

17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):
The hearing Officer finds that:

On January 21, 2025, Warden Norman received information about Inmate Poole being active on social media. Inmate Poole reposted a video of him and two inmates making threatening remarks against ADOC Staff. Inmate Poole observed on the video stating, "We need to stand up for this shit some kind of way fuck it, what the fuck these hoes going to do. These hoes aint going to do shit. But what they already planned to do unless we do something about it, it's that motherfucking simple for real. We need to stand up and make these folks do what's right".

18. **Basis for finding of fact:**
Based on the testimony of the Arresting Officer, the Hearing Officer finds Inmate Poole guilty of rule violation #922 Threat.

19. **Hearing Officer's decision:**   [X] Guilty    [ ] Not Guilty    [ ] Recommend for reinitiation

20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at ____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for ____ days

**Community Based Institutions Only:**

[X] Loss of Canteen privileges for 60 days, as of 04/28/2026    [ ] Draw cut to __ (min $25) for __ days

[X] Loss of Telephone privileges for 60 days, as of 04/28/2026    [ ] Restriction / State Whites for ____ days

[X] Loss of Visiting privileges for 60 days, as of 09/10/2026    [ ] Loss of Passes for ____ days

[ ] Removal from Hobby Craft    [ ] Return to Inmate Staff for ____ days

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[X] Disciplinary Seg for 45 days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

SANFORD, KAMBRIEUA N
Hearing Officer Name / Title

21. **Warden's Action - Date:** 02/03/2026

Approved    _____

Alabama Department of Corrections
**DISCIPLINARY REPORT CONTINUATION BCF-26-00092-2**
403A Warden Decision

**Disapproved** _____

**Other (specify)**   Fitzgerald Clemons  Approved with following Sanction Changes; Disciplinary Seg changed to 0 days

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _____ day of _____, 20_____ at (time) _____ ( am / pm ).

23. _____           _____
    Serving Officer Name / Title                Inmate's Signature / AIS Number

Distribution:   Original to Central Records Division
                Copy to:    I & I (If Federal or State law violated)
                            Inmate Institutional File
                            Board of Pardons and Parole
                            Sentencing Judge (if applicable)

Statement by Ricardo Poole #171985

For Disc # BCF-26-00092-1 & Disc # BCF-26-00092-2

The video in question has been on the Internet for over 5 years. The video was made at William E. Donaldson this can be proven by the inmates in the video, Robert Council and Derrol Shaw. Council was beaten at Donaldson and hasn't been back and Shaw also has an infamous incident at Donaldson and neither has been back. I also left ADOC custody in 2022 & returned in 2023 after this was made. This is only a clip of the video, if the video is watched in it's entirety you will see that to "stand up" was in reference to a shut down of the prisons over to 5 years ago and the comment about "what the fuck these hoes going to do? These hoes ain't going to do shit, but what they already "planned" to do unless we do something about it. This was made in reference

**EXHIBIT C**

to the Parole Board where all we word planned" to do was Not giving us parole and the Legislation by Not changing laws to help guys get out of prison. The ADOC staff was Not what I was refering to especially mee saying to make them do what's right??? All the ADOC staff can do is things in the prison such as yard call and canteen??? why would I say make the staff do whats right??

For Fact checking you can check to see when Council I shows and I was last at ~~West Jefferson (Donaldson)~~ Any prison together? It was Jan 2021 I slept in C-39 and they both slept in C-15 before Council was beaten and eventally brought here to Kilby.

This video has resurfaced because of the Documentary I never was the person who shared it to social media over 5 years ago. I was just in it.

Questions for Mr. Poole and Robert Council

1. What prison are you currently incarcerated? Kilby MR, Kilby RC
2. How long have you been at your current institution? Jan 13th MR | Jan 13 RC
3. What is your current assigned cell and unit? L2 cell MR | L6 RC
4. How many individuals are on this unit? 3 MR | 3 people RC
5. Is Mr. Ricardo Poole in the unit with you? yes MR | yes RC
6. How long has Mr. Poole been on the unit with you? Jan 14 MR | Jan 14 RC
7. Did Mr. Poole leave the unit on Jan. 21? no, at all time MR | Not to my knowledge RC
8. Have you ever saw the video described in the disc? yes MR | Several times 2021-Kilby received 2023-Limestone Same video MR
9. When do you recall first seeing the video? (M-R) 2020, or 2021 (about 5 years) St. Clair MR. — 2020 - R.C.

---

Cont. for only Council

10. When was the last time we was at Donaldson together? Jan. 2021 - RC.

1. Only Question for Derrol Shaw

When was the last time that you & I and Robert Council was in a prison together? See written statement

1. Have you viewed the video in question? Yes

2. I would like to use the video as evidence. attorney / - DOC

   Warden Norman

3. Do you know the other inmates in the video Robert Council & Darrol Shaw? Not personally

4. Do you know where I was on ~~████~~ ~~████~~ ~~████~~ ~~████~~ Jan. 21st? Kilby

Derrol Shaw 255703

I have not been in population for over 2½ years. I have not been in a prison with Poole since 2020. So any video of us together has to be years old.

D. Shaw 2-2-2026

Carmichael vs United States