**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| MELVIN RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:26-CV-86-BL-JTA |
| | ) | UNOPPOSED |
| | ) | |
| COMMISSIONER JOHN HAMM, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants John Hamm, Pamela Harris, Theodore Williams, and Fitzgerald Clemons, by and through undersigned counsel, move for an extension of time up to and including Friday, March 13, 2026, to file a response and/or answer to Plaintiffs' Complaint, and as grounds, state as follows:

1.     Defendants' deadline to respond to Plaintiff's Complaint is Friday, March 6, 2026.

2.     Defendants are reviewing the Complaint and require additional time to properly respond to Plaintiff's allegations.

3.     Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs are unopposed to this Motion for Extension.

Based on the foregoing, Defendants respectfully request an extension of time to file their response and/or answer up to and including March 13, 2026.

Steve Marshall
  *Attorney General*

/s/ Cameron W. Elkins
Cameron W. Elkins
  *Assistant Attorney General*
Tara S. Hetzel
  *Deputy Attorney General*
Vania L. Hosea
  Assistant Attorney General

State of Alabama
Office of Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov
Cameron.Elkins@AlabamaAG.gov
Vania.Hosea@AlabamaAG.gov

*Counsel for Defendants John Q. Hamm, Pamela Harris, Theodore Williams, and Fitzgerald Clemons*

## CERTIFICATE OF SERVICE

I hereby certify that I have on March 3, 2026, filed the foregoing with the Clerk of the Court, using the CM/ECF filing system which will send notification of the same to the following counsel of record:

Tiffany Cole Johnson
Law Firm of Robert Simms Thompson
P.O. Box 830780
Tuskegee, AL 36083

Andrew Dill Menefee
MENEFEE LAW
1250 Connecticut Ave, NW
Suite 700
Washington, DC 20036

Susan Cordner
McGuire & Associates, LLC
31 Clayton St.
Montgomery, AL 36104

David Gespass
Gespass & Johnson
40 Echo Lane
Fairhope, AL 36532

/s/ Cameron W. Elkins
Of counsel

2